UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>                              Plaintiff,<br>   v.<br><br>BLUE MOUNTAIN FARMS, BLUE MOUNTAIN FARMS PACKING, RYAN BROCK, SHIRLEY LOTT, and JOHN AND JANE DOES I through XX,<br>                              Defendants. | NO:  2:13-CV-5081-RMP<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR RECONSIDERATION AND ALTERNATIVE MOTION FOR CLARIFICATION |

BEFORE THE COURT is Defendant's Motion for Reconsideration and Alternative Motion for Clarification, ECF No. 155.  The Court has reviewed the record and the pleadings and is fully informed.

Following the submission of the parties' Joint Motion to Approve Consent Judgement, ECF No. 178, the Court held a telephonic status conference regarding the present Motion, ECF No. 155.  Defendants argued that the Court's prior

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS'
MOTION FOR RECONSIDERATION AND ALTERNATIVE MOTION FOR
CLARIFICATION  ~ 1

injunction, ECF No. 147, was too vague and should be vacated in light of the more specific requirements of the Consent Decree.

Having reviewed the explicit terms of the Consent Decree, this Court finds that it is consistent with the prior injunction entered on November 9, 2015, ECF No. 147, and serves to add the specific actions Defendants shall take to comply with their statutorily-imposed obligations that were reinforced and strengthened by the injunction.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Reconsideration and Alternative Motion for Clarification, ECF No. 155, is **GRANTED IN PART** and **DENIED IN PART**.

2. The Motion for Reconsideration is **DENIED**, and ECF No. 147 shall remain in effect as previously imposed.

3. The Alternative Motion for Clarification is **GRANTED**. The Court clarifies ECF No. 147 by adopting the terms of the Consent Decree as the detailed manner in which Defendants shall comply with ECF No. 147.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 22nd day of January 2016.

                                       *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                    Chief United States District Court Judge